GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Appellant, *v.* MARK GRAVES et al., Constituting the State Tax Commission, et al., Respondents.

Argued May 24, 1945; decided July 19, 1945.

*Mark Eisner, Victor E. Whitlock* and *Joseph H. Crown* for appellant.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr., Orrin G. Judd* and *Wendell P. Brown* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.